## MARY BERZINS *v.* DAVID BERZINS

The substitute defendant administrator's petition for certification for appeal from the Appellate Court, 122 Conn. App. 674 (AC 30946), is granted, limited to the following issue:

"Whether the Appellate Court properly affirmed the trial court's decision to order the substitute defendant administrator to pay the attorney's fees of the plaintiff pursuant to *Ramin* v. *Ramin*, 281 Conn. 324, 915 A.2d 790 (2007)?"

The Supreme Court docket number is SC 18708.

*Linda C. Lehmann*, in support of the petition.

Decided November 4, 2010

## ANTHONY JONES *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Jones' petition for certification for appeal from the Appellate Court, 123 Conn. App. 307 (AC 30551), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Bruce R. Lockwood*, senior assistant state's attorney, in opposition.

Decided November 4, 2010